MADISON 52ND CORPORATION, Appellant, *v.* CATHERINE L. OGUST, Doing Business as PENTHOUSE GALLERY, Respondent.

Supreme Court, Appellate Term, First Department, December 15, 1966.

*Goldwater & Flynn* (*Leon Liner* and *Grace L. Brodsky* of counsel), for appellant. *Paul Crosney* and *Monroe E. Stein* for respondent.

Final judgment unanimously affirmed, with $25 costs. No opinion.

Concur — STREIT, J. P., HOFSTADTER and TILZER, JJ.

Final judgment affirmed, etc.